

faegredrinker.com

**Andrew L. Van Houter**
andrew.vanhouter@faegredrinker.com
973-549-7018 direct

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Fl.
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

*Application GRANTED in part and DENIED in part.  The initial pretrial conference scheduled for September 14, 2022, is adjourned to September 28, 2022, at 4:20 P.M.  The deadline to file the joint letter and proposed civil case management plan and scheduling order is extended to September 21, 2022, at 12:00 P.M.*

*Dated: August 31, 2022*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    Veronica Maddy v. Great Clips, Inc., Civ. No. 1:22-cv-05843

Dear Judge Schofield:

We write on behalf of Defendant Great Clips, Inc. to request an adjournment of the telephonic conference currently scheduled for September 14, 2022 and the corresponding September 7, 2022 deadline to submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order.  Defendant's counsel have attempted to confer with Plaintiff's counsel regarding the conference and joint letter but have received an automatic email response that Plaintiff's counsel is away through September 5, 2022 and is unable to return emails and calls during this time.  A brief extension is therefore necessary to allow the parties to confer about these issues.  Additionally, the parties expect to continue to explore the possibility of resolving this dispute without further litigation.  Defendant therefore respectfully requests that the telephonic conference be adjourned until **October 30, 2022**, or such other time as convenient for the Court.  Defendant further respectfully requests that the deadline to submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order be adjourned until one week prior to the rescheduled telephonic conference.  No prior extensions have been requested.  Defendant has been unable to reach Plaintiff's counsel to ascertain whether Plaintiff objects to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Andrew L. Van Houter*

Andrew L. Van Houter

cc:  All Counsel of Record (Via ECF)