UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
VERONICA MADDY,                                  :
                                                 :
                         Plaintiff,              :      22 Civ. 5843 (LGS)
                                                 :
            -against-                            :      ORDER
                                                 :
GREAT CLIPS, INC.,                               :
                                                 :
                         Defendant.              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated:  September 21, 2022
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE