UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA MADDY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GREAT CLIPS, INC.<br><br>Defendant. | Case No.  1:22-cv-5843<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Forest Hills, New York
         December 20, 2022

                                                                   Respectfully Submitted,

                                                                   **/s/ Mars Khaimov**
                                                       By:   Mars Khaimov, Esq.
                                                                   108-26 64th avenue, Second Floor
                                                                   Forest Hills, New York 11375
                                                                   Tel (929) 324-0717
                                                                   Fax (929) 333-7774
                                                                   Email: mars@khaimovlaw.com
                                                                   *Attorney for Plaintiff*

So Ordered.

Dated: December 21, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**